IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | NO. C 09-04205 JW |
| Plaintiff, <br> v. | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| James A. Dailey d.b.a. Golden Bear Sports Bar, | |
| Defendant. | |

This case is scheduled for a Case Management Conference on March 1, 2010. On November 20, 2009, the Clerk entered default against Defendant. (See Docket Item No. 9.) On December 26, 2009, Plaintiff filed a Motion for Default Judgment. (See Docket Item No. 10.) In light of the entry of default and Plaintiff's pending Motion, the Court finds good cause to vacate the Case Management Conference.

Accordingly, the Court VACATES the Case Management Conference.

Dated: February 25, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Thomas Peter Riley tprlaw@att.net

**Dated:  February 25, 2010**                              Richard W. Wieking, Clerk

                                                       **By:        /s/ JW Chambers**
                                                            **Elizabeth Garcia**
                                                            **Courtroom Deputy**

**United States District Court**
For the Northern District of California